FILED
2009 Dec-02  AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURTIS CRAIG, | ) | |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| v. | ) | 2:09-CV-0973-JHH-PWG |
| | ) | |
| WARDEN DAVID WISE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 19, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE** this the ___2nd___ day of December, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE